661 A.2d 1374

**Francis A. LEIGH and Lucy Z. Leigh, His Wife, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE & REVENUE, Appellant.**

Supreme Court of Pennsylvania.

Submitted June 2, 1995.

Decided July 20, 1995.

Ronald H. Skubecz, Harrisburg, for Commonwealth.

Richard I. Torpey, Huntingdon Valley, for Leigh et ux.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

PER CURIAM.

We affirm on the basis that the disclaimer executed by Planned Parenthood pursuant to 20 Pa.C.S. § 6205(a) made the transfer of real property to an inter vivos trust, of which Planned Parenthood had been a beneficiary, exempt from realty transfer tax.*

MONTEMURO, J., is sitting by designation.

---

* We do not reach the question of whether, in the absence of the disclaimer, the transfer would have been subject to tax.